# United States Court of Appeals
## For the First Circuit

No. 19-1616

JUAN J. ZUNIGA-BRUNO,

Petitioner - Appellant,

v.

UNITED STATES,

Respondent - Appellee.

Before

Kayatta, Barron and Gelpí,
<u>Circuit Judges</u>.

**JUDGMENT**

Entered: November 22, 2021

Petitioner-Appellant Juan J. Zúñiga-Bruno appeals from the district court's denial of his motion pursuant to 28 U.S.C. § 2255. With that motion, petitioner-appellant invoked <u>Johnson</u> v. <u>United States</u>, 135 S. Ct. 2551 (2015) (<u>Johnson II</u>), and argued that his conviction under 18 U.S.C. § 924(c) and (j) should be vacated. This court granted a certificate of appealability as to "whether, following the United States Supreme Court's decisions in . . . <u>Johnson II</u> . . . and <u>United States</u> v. <u>Davis</u>, 139 S. Ct. 2319 (2019), conspiracy to commit Hobbs Act robbery, 18 U.S.C. § 1951(a), the offense undergirding Petitioner's conviction under 18 U.S.C. § 924(c) and (j), constitutes a 'crime of violence' under § 924(c)(3)(A)." The matter now is fully briefed, and, with its response brief, the government "concedes that Zúñiga's 18 U.S.C. § 924(j) conviction is invalid because it is predicated exclusively on an offense—conspiracy to commit Hobbs Act robbery—that no longer qualifies as a 'crime of violence' under § 924(c)(3) following the Supreme Court's invalidation of that statute's residual clause in [<u>Davis</u>]." Gov't Br. at 12.

In light of the parties' current positions, the district court's order denying § 2255 relief is **VACATED**, and the matter is **REMANDED** so that the district court may consider the matter anew. See <u>United States</u> v. <u>Lara</u>, 970 F.3d 68, 74 (1st Cir. 2020), <u>cert. denied sub nom. Williams</u> v. <u>United States</u>, 141 S. Ct. 2821 (2021) (accepting parties' concession that conspiracy to commit Hobbs Act robbery does not qualify as a "crime of violence" after <u>Davis</u>). If § 2255 relief is granted, the district court may determine in the first instance what specific remedy might be in

order. Any party wishing to appeal the district court's new ruling(s) should file a new notice of appeal.


By the Court:

Maria R. Hamilton, Clerk


cc:
Hon. Daniel R. Dominguez
Maria Antongiorgi Jordan, Clerk, United States District Court for the District of Puerto Rico
Juan J. Zuniga-Bruno
Vivianne Marie Marrero-Torres
Eric A. Vos
Eleonora Concepcion Marranzini
Franco L. Perez-Redondo
Jessica Ellen Earl
Mariana E. Bauza Almonte
David Christian Bornstein